Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Donna Sue Tate | § | Case No. 10-70026-hdh-13 |
| | § | Chapter 13 |
| Debtor | § | |

### DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

Comes Now Debtor, by counsel, and for this Motion state as follows:

1. Debtor filed for relief under Chapter 13 in the Northern District of Texas. This is a core proceeding.

2. Debtor was a debtor in a prior case during the preceding year. To-wit: Chapter 13, Case No. 08-70039-HDH-13 filed on 2/4/2008.

3. Debtor seeks an extension of the automatic stay imposed for 30-days pursuant to 11 U.S.C. §362(c)(3)(A), as to all creditors until further order or discharge to effectuate an orderly reorganization, pursuant to 11 U.S.C. §362(c)(3)(B).

4. Debtor's prior case was dismissed for: Debtor lost her job in August and was hired in August with WFISD. She could not get bring her Trustee's payment current.

5. The following change of circumstances demonstrate that the Debtor can perform this plan and are likely to complete the case successfully: Debtor will begin receiving $655.00 from Social Security benefits in February 2010.

WHEREFORE, Debtor request this Court enter its order continuing the automatic stay under §362(a) in this proceeding as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2) or a motion for relief is granted under §362(d).

Respectfully submitted,
/s/Monte J. White
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on January 26, 2010 on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor

Case 10-70026-hdh13 Doc 6 Filed 01/26/10 Entered 01/26/10 16:09:33 Desc Main Document Page 3 of 4

Debtor(s): Donna Sue Tate
Case No:
Chapter: 13

NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

Asset Acceptance/Providian
PO Box 2036
Warren, MI 48090

Executive Services/Radiology As
1200 Austin St
Wichita Falls, TX 76301

Midland Cred/Providian
8875 Aero Dr Suite 200
San Diego, CA 92123

Bay Area Credit Service/Bay Are
97 E Brokaw Rd Ste 240
San Jose, CA 95112

Executive Services/Radiology As
1200 Austin St/PO Box 2248
Wichita Falls, TX 76307-2248

Midland Credit/Tribute
8875 Aero Dr Suite 200
San Diego, CA 92123

Blair Corporation
220 Hickory St
Warren, PA 16366

Executive Services/Titanium Eme
1200 Austin St
Wichita Falls, TX 76301

Montgomery Wards
3650 Milwaukee Street
Madison, WI 53714-2399

Calvary Portfolio/AT&T
7 Skyline Drive 3rd Floor
Hawthorne, NY 10532

Executive Services/United Reven
1200 Austin St
Wichita Falls, TX 76301

Ocwen Federal Bank
PO Box 785056
Orlando, FL 32826-5056

Capital One Auto Finance
3901 Dallas Pkwy
Plano, TX 75093

Financial Cont Services/Pain Re
6801 Sanger Ave Ste 195
Waco, TX 76710

Ocwen Federal Bank
PO Box 24737
West Palm Beach, FL 33416-4737

City of WF, WFISD, Wichita Coun
c/o Perdue Brandon Fielder Coll
P.O. Box 8188
Wichita Falls, Texas 76307

Financial Control Services/Pain
6801 Sanger Ave Ste 195
Waco, TX 76710

Pallisades Coll LLC/Santander-D
P.O. Box 1244
Englewood Cliffs, NJ 07632-0244

Clinics of North Texas
PO Box 97547
Wichita Falls, TX 76307-7547

First Premier Bank
PO Box 5519
Sioux Falls, SD 57117-5519

Pinnacle Credit Service/Househo
7900 Highway 7 # 100
Saint Louis Park, MN 55426

Cottonwood Financial TX/The Cas
1901 Gateway Drive Ste 200
Irving TX  75038

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Regional Adjustment Bureau, Inc
PO Box 2209
Addison TX  75001

Drive Financial
8585 N Stemmons Fwy Ste
Dallas, TX 75247

LabCorp
PO Box 8008
Burlington, NC 27216-8008

Salute/Correspondence
PO Box 105555
Atlanta, GA 30348

Executive Services/Clinics of N
1200 Austin St/PO Box 2248
Wichita Falls, TX 76307-2248

Lowell Tate
1824 Elizabeth Ave.
Wichita Falls, TX 76301

Texas Loan Corp/#640
3601 Callfield
Wichita Falls, TX 76308

```
Texoma Medical Center
1518 10th Street
Wichita Falls, TX 76301




The Cash Store
3900 Sheppard Access Rd
Wichita Falls, TX 76308




Thompson & Associates, PC/The C
335 Common Street
Lawrence, MA 01840




Western Shamrock Corp
801 S Abe St
San Angelo, TX 76903




William Bradley Tate
1824 Elizabeth
Wichita Falls, TX 76301
```